| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7 |

| | |
|---|---|
| Blockstream Services USA, Inc.<br><br>                    Plaintiff,<br><br>     v.<br>United States<br><br>                    Defendant. | Court No. 22-00101<br>and Attached Schedule |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: August 8, 2024
_____

/s/ Angela M. Santos
_____
Attorney for Plaintiff

1301 Avenue of the Americas, Fl. 42
_____
Street Address

New York, NY 10019
_____
City, State and Zip Code

212.484.3925
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 22-00101 | Blockstream Services USA Inc. | 272021104182 | E5G01376299, E5G01370904, E5G01371902, E5G01377651, E5G01396602 |
| 23-00018 | Blockstream Services USA Inc. | 170422105361 | E5G01435715, E5G01437570, E5G01438487, E5G01445284, E5G01459483, E5G01475349, E5G01477006, E5G01606604, E5G01609921, E5G01609954, E5G01611547, E5G01626685 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                                          Clerk, U. S. Court of International Trade

                                                By: _____
                                                               Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)